62 A.3d 375

Joan LICHTMAN, Petitioner

v.

CHUBB GROUP OF INSURANCE COMPANIES, Matthew Carrafiello, Gary Glazer, Edward D. Chew, Barbara Deeley, Philadelphia Sheriff, Cynthia Bernstiel, Nelson Levine Deluca & Horst, LLC, E. Gerald Riesenbach, Rittenhouse Plaza, Inc., Edward Edelstein, William Lederer, Mary Duden, Stanton Oswald, Ruth Ferber, Sandra Foxx–Jones, Slavko Brkich, Jon Sirlin, Dana Plon, Peter Lesser, Susan Kupersmith, Adrienne Herndon, Sirlin Gallogly & Lesser, Walter Flamm, Alison Tulio, William Callahan, Flamm Walton, Scott Addis, The Addis Group, Pamela Dembe, Allan Tereshko, Idee C. Fox, William Manfredi, Vicki Goldberg, Joanne Davidow, Prudential Fox Roach, and Old Republic National Title Company, Respondents.

No. 217 EM 2012.

Supreme Court of Pennsylvania.

Feb. 28, 2013.

## ORDER

PER CURIAM.

AND NOW, this 28th day of February, 2013, the "Motion Seeking Leave to File Out of Time," which is treated as an Application for Relief, is DENIED. The Prothonotary is instructed to strike the names of the jurists' from the caption.